IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. **19-06790-BKT**

**CHRISTIAN TOLEDO SMART**

**DEBTOR**                                          Chapter 13

## MOTION TO AVOID JUDICIAL LIEN OF COOP DE AHORRO Y CREDITO DE HATILLO ON EXEMPT PROPERTY UNDER FED. R. BANKR. P 4003(d)

**TO THE HONORABLE COURT**:

    **COMES NOW**, debtor **CHRISTIAN TOLEDO SMART**, through the undersigned attorney and respectfully avers and prays:

1. On November 19, 2019, the debtor filed the present petition under a chapter 7 case.

2. Debtor seek to avoid the judicial lien of Coop de Ahorro y Credito de Hatillo hereinafter ("creditor") that was created by filing a copy of the state court order at the Departmento of Transportation of Puerto Rico. See evidence attached.

3. The lien impairs the following property that is otherwise exempt under 11 U.S.C. sec. 522(f): Vehicle 1: 2013 BMW 328 VIN# WBA3A5C53DF355338: Value: $8,725.00 Vehicle 2: 1987 SUZUKI SAMURAI VIN# JS3JC51C9H4175211Value: $1,500.00.

4. The lien registered in favor of creditor is in a total amount of $16,2217.30 and impairs the debtors exemption over the assets listed above.


    **WHEREFORE**, the debtor respectfully request that the Honorable Court grants the present motion pursuant to F.R. Bankr. P. 4003(d), avoid the judicial lien of creditor Coop de Ahorro y Credito de Hatillo over debtor's vehicles and grant all other remedies which are proper

and just.

## NOTICE OF MOTION TO AVOID LIEN

Within twenty-one (21) days after service as evidenced by the certification, any party against whom this motion to avoid lien under 11 U.S.C. 522(f) has been served, must file an objection or other appropriate response thereto with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the motion will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on November 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all participants using the CM/ECF System and I hereby certify that I have mailed by first class mail, United States Postal Service the documents to the following non CM/ECF participants as per the attached mailing list.

In Sabana Grande, Puerto Rico this 20 day of November, 2019.

*/s/ Peter A. Santiago González*
PETER A. SANTIAGO GONZALEZ, ESQ
USDC-PR 304201
Attorney for Debtor
P.O. Box 1414
Sabana Grande, Puerto Rico 00637
Phone (787) 396-9029
Quiebrapr@gmail.com

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA DE CAMUY**

| | |
|---|---|
| **COOPERATIVA DE AHORRO Y CRÉDITO HATILLO** <br> DEMANDANTE <br><br> **Vs.** <br><br> **YAILINNE COLÓN PÉREZ** <br><br> **CHRISTIAN TOLEDO SMART CODEUDOR** <br> DEMANDADOS | **CASO NÚM. CM2018CV00311** <br><br> **SOBRE:** <br><br> **COBRO DE DINERO** |

*MANDAMIENTO SOBRE EJECUCIÓN DE SENTENCIA*

**ESTADOS UNIDOS DE AMÉRICA**
**EL PRESIDENTE DE LOS ESTADOS UNIDOS**
**ESTADO LIBRE ASOCIADO DE PR**

**AL ALGUACIL DE ESTE TRIBUNAL:**

**POR CUANTO:** Este Tribunal ha dictado Orden que copiada literalmente lee como sigue: "ORDEN" Vista la Moción Sobre Ejecución de Sentencia y examinada la Sentencia notificada en el presente caso, el Tribunal la decreta *HA LUGAR* y en su consecuencia decreta la Ejecución de la Sentencia dictada a favor de la parte demandante, mediante embargo de bienes muebles e inmuebles de la parte demandada **YAILINNE COLÓN PÉREZ y CHRISTIAN TOLEDO SMART.** En su consecuencia, se le condena a pagar solidariamente a la parte demandante la cantidad de **$16,217.30** por concepto de principal; **$542.93** por concepto de intereses al 17 de noviembre de 2018; **$37.59** por recargos al 17 de noviembre de 2018; **$2,519.67** por concepto de honorarios y el **4.50%** de intereses legales sobre las cuantías antes mencionadas hasta su total pago.

Se exime a la parte demandante de la presentación de fianza por razón de que el caso de epígrafe recayó sentencia. Se autoriza diligenciar el embargo en horas y días laborables solamente.

**SE ORDENA** al Secretario de este Tribunal a que expida los mandamientos o requerimientos que fueren necesarios para cumplimentar la presente ORDEN y para el caso de embargo de bienes muebles, se designa como depositario a la persona cuya dirección residencial es como sigue: **Sr. Harry O. Rivera Irizarry, Bo. Camuy Arriba, Carr. 119, KM 9.7 int., Camuy, Puerto Rico. Teléfono (787) 374-6317** con quien se depositarán los bienes muebles que puedan ser embargados en virtud de esta ORDEN, bajo la responsabilidad del reclamante.

El depositario aquí designado deberá notificar inmediatamente al Tribunal, bajo el epígrafe del caso, cualquier cambio de dirección o teléfono, de sitio o condición de los bienes.

**Los bienes a embargarse serán los siguientes:**

Tocadiscos, tocacintas, equipos análogos, aires acondicionados, máquina lavadora cuyo precio exceda de $200.00 al contado, radio cuyo precio exceda de $100.00 al contado, televisor cuyo precio exceda de $250.00 al contado. Cualquier automóvil, Truck, Pick Up o cualquier vehículo de motor que sea propiedad de los co-demandados aunque éste en manos de terceros. Cuenta corriente o de ahorros, en el Banco Popular de Puerto Rico, Banco Santander y/o cualesquiera otros bancos autorizados hacer negocios en Puerto Rico, acciones en cualquier institución bancaria o Cooperativas de Ahorro y Crédito

en la isla de Puerto Rico o en sus cajas de seguridad. Adornos decorativos, dinero en efectivo, caja registradora, gomas, tubos, herramientas, mercancía, piano, o cualquier instrumento musical, aparadores, libro de cuentas por cobrar, prendas, comisiones, sueldos de cualquier corporación, negocio o comercio en Puerto Rico, equipo de oficina como maquinilla, escritorio, sillas, entre otros. Botes incluyendo su motor, enseres eléctricos, tales como aspiradoras de polvo, máquina de brillar piso, tostadoras, mezcladoras, entre otros.

El alguacil entregará al Secretario el mandamiento debidamente diligenciado y cualquier sobrante que tenga en su poder, dentro del término de quince (15) días a partir de la fecha en que se llevare a cabo la ejecución.

SE ORDENA de efectuarse el embargo sobre sumas de dinero, valores u otros bienes muebles que se encuentre bajo la posesión, depósito o custodia de terceros, a que el Sr. Alguacil realice dicho embargo notificando copia de esta orden a dichos terceros, requiriéndoles que le entreguen de inmediato dichos bienes o que, en caso de que su entrega inmediata sea imposible, retengan los mismos hasta tanto puedan consignarlo en el Tribunal sin que puedan, so pena de desacato, entregar éstos ni a los demandados ni a ninguna otra persona natural o jurídica que no sea el Sr. Alguacil mientras el Tribunal no disponga otra cosa.

SE ORDENA Y AUTORIZA además al Sr. Alguacil para que, si el lugar, local o sitio donde se encuentren localizados los bienes a embargarse se encuentre cerrado, éste tome las medidas que fueren necesarias, tales como (abrir puertas, romper candados o forzar su entrada al referido lugar o local) para que no haga fútil o inoperante el embargo.

La Secretaria expedirá, sin requerir ulterior orden, todos aquellos mandamientos que sean necesarios para dar fiel cumplimiento con lo aquí ordenado.

Dada en Camuy, P.R., a _30_ de _julio_ de _2017_.
Fdo. Juez _____

**POR TODO CUANTO:** Se ordena a usted, Sr. Alguacil para que proceda de conformidad con la *ORDEN* arriba descrita y ejecute la sentencia en este caso en cantidad para cubrir las sumas adjudicadas.

En Camuy, P.R. a _31_ de _julio_ de _2019_.

VIVIAN Y. FRESSE GONZÁLEZ
SECRETARIA REGIONAL
_____
Secretaria

INEABELLE IRIZARRY CRUZ
SECRETARIA AUXILIAR DEL TRIBUNAL
Por: _____
Sub-Secretaria

C123

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE CAMUY

COOPERATIVA DE AHORRO Y
CRÉDITO HATILLO
**Demandante**

VS.

YAILINNE COLÓN PÉREZ

CHRISTIAN TOLEDO SMART
CODEUDOR
**Demandado(a)**

CIVIL NÚM.: **CM2018CV00311**

SOBRE:

COBRO DE DINERO

# SENTENCIA

La causa de acción en Cobro de Dinero de epígrafe fue presentada ante este tribunal el pasado 12 de diciembre de 2018. La parte demandada, YAILINNE COLÓN PÉREZ fue emplazada el 13 de marzo de 2019 y el 28 de marzo de 2019 fue emplazado el codemandado, CHRISTIAN TOLEDO SMART. No hizo alegación responsiva, razón por la cual y de conformidad a las disposiciones de la Regla 45.1 de la Procedimiento Civil vigentes, 32L.P.R.A. Ap. III, R. 45.1, se ordena la anotación de rebeldía y se dicta Sentencia, según solicitado por la parte demandante.

Examinadas las alegaciones de la demanda y la Declaración Jurada presentada, este tribunal declara **HA LUGAR** la demanda presentada por la Cooperativa de Ahorro y Crédito de Hatillo. Este tribunal concluye, como cuestión de derecho, que las obligaciones que nacen de los contratos tienen fuerza de Ley entre las partes contratantes y deben cumplirse a tenor con los mismos; Art. 1044 del Código Civil de Puerto Rico, 31 L.P.R.A. 2994. Los contratos tienen fuerza de obligar y por ello tienen que ser cumplidos (Pacta Sunt Cervanda); José Ramón Vélez, Curso de Derecho Civil, Tomo IV, Vol.IIpp.100. La Validez y el cumplimiento de los mismos no puede dejarse al arbitrio de los contratantes; Art. 1208 del Código Civil, 31 L.P.R.A. 3373.Si una de las partes se niega a cumplir el derecho moviliza el Sistema Judicial para que éste obligue a cumplir a la parte que se niega así hacerlo, José Ramón Vélez, ob. Cit. Pp. 100. En consecuencia, se condena a la

parte demandada: **YAILINNE COLÓN PÉREZ y CHRISTIAN TOLEDO SMART,**
pagar de forma solidaria a favor de la parte demandante la cantidad de:

a) Principal: **$16,217.30**

b) Intereses Vencidos: **$542.93** según calculados al 17 de noviembre de 2018

c) Recargos: **$37.59** según calculados al 17 de noviembre de 2018

d) Pago de Costas, Gastos de Honorarios de Abogado según pactado en el pagaré: **$2,519.67**

e) El pago de interés legal al **4.50%** desde que se dicte la sentencia hasta el pago total de la misma.

**REGÍSTRESE Y NOTIFÍQUESE.**

Dada en Camuy, Puerto Rico, a 6 de junio de 2019.

f/Juan Carlos Avilés Feliú
Juez Superior



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
DIRECTORÍA DE SERVICIOS AL CONDUCTOR
División de Vehículos de Motor

**Oficina:**    CESCO ARECIBO - SERVICIOS INTEGRADOS

## INFORMACIÓN DEL VEHÍCULO

**Identificación:** TOLEDO SMART, CHRISTIAN                                    **Fecha:**    07 nov 20

ssid: XXX-XX-5159

**Residencial:**    BO PUENTE MILITAR
CARR 4491 KM 1.7
CAMUY 00627

**Postal:**    PO BOX 267
CAMUY 00627-0267

**Vehículo:**
Descripción: 2013 BMW 328I BLANCO
VIN: WBA3A5C53DF355338
Fecha Expiración: 30 sep 2020
Número Marbete: 25422159
Fecha Registro: 07 sep 2012
Registro: 11099046
Tablilla: IBI494
Título: 11109565
Precio: 0.00
Casa Financiera: PENFED (No

**Gravamenes:**

Embargo
Mobiliario (Venta Condicional)
Subasta Procesada



**Oficina:** CESCO ARECIBO - SERVICIOS INTEGRADOS

# INFORMACIÓN DEL VEHÍCULO

**Fecha:** 06 nov 2019

**Identificación:** TOLEDO SMART, CHRISTIAN

ssid: XXX-XX-5159

**Residencial:** BO PUENTE MILITAR
CARR 4491 KM 1.7
CAMUY 00627

**Postal:** PO BOX 267
CAMUY 00627-0267

**Vehículo:**
Descripción: 1987 SUZUKI SAMURAI AZUL CLARO
VIN: JS3JC51C9H4175211
Fecha Expiración: 31 oct 2015
Número Marbete: 6764524
Fecha Registro: 02 oct 1998
Registro: 5417648
Tablilla: DIC805
Título: 2473022
Precio: 1855.00
Casa Financiera: Ninguna

**Gravamenes:**

Embargo